UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIMOTHY TIDWELL, Individually,

    Plaintiff,

vs.

Case No.: 1:20-cv-01630-JPB

SANTOSHI HOTEL LLC, a Georgia
Limited Liability Company,

    Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully submitted,

_____
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
and
Jon David W. Huffman, Esq.
GA Bar No. 937966
Poole Huffman, LLC
Building J; Suite 200
3562 Habersham at Northlake

_____
Joel M. Haber, Esq.
GA Bar No. 316422
2365 Wall St., Suite 120
Conyers, GA 30013
Telephone: (770) 922-9080
Facsimile: (770) 922-4647
joel@joelhaber.com
*Attorneys for Defendant*

Tucker, GA 30084
Telephone: (404) 373-4008
Facsimile: (488) 709-5723
jondavid@poolehuffman.com

Date: 11/18/2020

Date: November 18, 2020